# Court of Appeals
# of the State of Georgia

ATLANTA,   December 23, 2015

*The Court of Appeals hereby passes the following order:*

## A16A0619. MICHAEL BROWN v. THOMAS G. ABERNATHY et al.

Michael Brown filed suit against multiple defendants, including Thomas G. Abernathy, for fraud, breach of fiduciary duty, creation of trust, and unjust enrichment. On June 16, 2015, the trial court granted the defendants' motion for summary judgment on Brown's fraud claim. Brown filed a motion for reconsideration from this ruling, which the trial court denied on September 15, 2015. Brown filed this direct appeal from that ruling. We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. OCGA § 5-6-38 (a). Although Brown had a right to appeal the order granting summary judgment to the defendants, he does not have the right to appeal the denial of their motion for reconsideration. The denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985). Accordingly, Brown's notice of appeal is invalid as to the order denying his motion for reconsideration and untimely as to the summary judgment order. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

　　　*Clerk's Office, Atlanta,*　12/23/2015

　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*